Certificate Number: 00301-PAM-DE-028878038

Bankruptcy Case Number: 16-03579



00301-PAM-DE-028878038

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2017, at 4:10 o'clock PM EST, EDWIN R MALONEY completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 7, 2017

By: /s/Iris Serrano

Name: Iris Serrano

Title: Certified Bankruptcy Counselor