```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 16-03579-RNO
Edwin R. Maloney                                                Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-1          User: admin              Page 1 of 1           Date Rcvd: Mar 24, 2017
                              Form ID: fnldecac        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db             +Edwin R. Maloney,    23 Spend a Buck Drive,    Dillsburg, PA 17019-9348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
              John F Goryl    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor Edwin R. Maloney jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Keri P Ebeck    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               kebeck@weltman.com,    jbluemle@weltman.com
              Keri P Ebeck    on behalf of Creditor    Citizens Bank, N.A. kebeck@weltman.com,
               jbluemle@weltman.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Mary F Kennedy    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com,    tami@javardianlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Edwin R. Maloney<br>23 Spend a Buck Drive<br>Dillsburg, PA 17019 | Chapter 7<br>Case No. 1:16−bk−03579−RNO |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−4457

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 23, 2017

BY THE COURT
By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk